■ In the Matter of ROBERT G. SMITH, Admitted as ROBERT GARY SMITH, for Reinstatement.—Motion granted only to extent of referring matter to Departmental Disciplinary Committee for the First Judicial Department to hear and report on movant's compliance with order of suspension and fitness to return to practice of law and, pending such hearing and

report, application for reinstatement held in abeyance. Concur
—Kupferman, J. P., Ross, Rosenberger and Ellerin, JJ.